ORIGINAL

FILED

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0163

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0163

---

HOLLY ANNE MATHIS,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

O R D E R

---

Pursuant to Appellant Holly Anne Mathis's motion for an extension to time to file her reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time to and including November 4, 2024, to file her reply brief.

DATED this 13 day of October, 2024.

For the Court,

_____
Chief Justice

FILED

OCT 15 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana